240 F.2d 845
 B. LOWERY
v.
H. C. McLEOD, Warden, Oklahoma State Penitentiary.
 No. 5518.
 United States Court of Appeals Tenth Circuit.
 January 4, 1957.
 
 Appeal from the United States District Court for the Eastern District of Oklahoma.
 Eugene D. Lorig, Denver, Colo., for appellant.
 Mac Q. Williamson, Atty. Gen., and Lewis A. Wallace, Asst. Atty. Gen., State of Oklahoma, for appellee.
 Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.
 
 
 1
 Affirmed without written opinion.